CHARLES E. RIORDAN, as Ancillary Administrator D. B. N. C. T. A. of the Estate of JOHN J. RIORDAN, JR., Deceased, Respondent, *v.* JOSEPHINE M. CRABTREE et al., Appellants.

Counsel appeared June 6, 1946; decided July 23, 1946.

*John T. Noonan* for appellants.
*Herbert Noble, Jr.,* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.